**Order entered July 9, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00243-CV

**COLLEEN MARIE FISHER, Appellant**

**V.**

**PAUL M. COOKE, SR., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05882**

## ORDER

On May 13, 2021, we granted Susan E. Wright's motion to withdraw as appellant's counsel. At the time, the reporter's record was due but had not been filed because appellant had not requested it. Accordingly, we directed appellant to provide written verification she had requested the reporter's record. When appellant failed to respond by June 9, 2021, we ordered the appeal submitted without the reporter's record and further ordered appellant to file her brief no later than July 9, 2021.

Before the Court is appellant's July 8, 2021 motion for a ninety-day extension of time to obtain new counsel and file her brief. Appellant explains she was unaware of the status of the appeal until June 9, when she called the Court to inquire about the reporter's record. She learned at the time that the email address the Court had for her was incorrect. Appellant further states that she has made numerous attempts to contact the reporter about the record but has received no response. Attached to the motion as an exhibit is a copy of two email messages from appellant to the reporter concerning the record of hearings held July 1, 2020 and September 17, 2020.

In light of the circumstances, we **VACATE** our June 9th order submitting the appeal without the reporter's record and ordering appellant's brief be filed. We **ORDER** Melba Wright, Official Court Reporter for the 191st Judicial District Court, to file, no later than August 2, 2021, either the reporter's record of the July 1 and September 17 hearings or written verification no record exists of those hearings. As appellant has filed a statement of inability to afford costs, and nothing before the record reflects appellant has been ordered to pay costs, any record shall be filed without payment of costs.

We **DENY** as premature appellant's extension motion. Appellant's brief shall be filed within thirty days of the filing of the reporter's record.

We note appellant's motion does not include the certificate of conference required by Texas Rule of Appellate Procedure 10.1(a)(5).  We caution that all future motions shall include the certificate.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Wright and the parties.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE